Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−30947−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J. Hobson Jr.
   6 Autumn Lane
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−9165

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on November 1, 2016 and a confirmation hearing on such Plan has been scheduled for March 28, 2017.

The debtor filed a Modified Plan on March 20, 2017 and a confirmation hearing on the Modified Plan is scheduled for April 25, 2017 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: March 23, 2017
JAN: pbf

                                                 Jeanne Naughton
                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-30947-MBK
William J. Hobson, Jr.                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Mar 23, 2017
                              Form ID: 186             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2017.
db             +William J. Hobson, Jr.,    6 Autumn Lane,    Burlington, NJ 08016-2272
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    P. O. Box 9013,    Addison, TX 75001-9013
516620291       Bayview Loan Servicing, LLC,    M&T Bank,    POB 840,    Buffalo, NY 14240-0840
516529259      +Bayview Loan Servicing, LLC,    1544 Old Alabama Road,    Roswell, GA 30076-2102
516478590       Chase Home Finance LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
516478591      +Fein Such, et als,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
516689539      +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
516478592      +Law Office of Robert Braverman,    1060 North Kings Highway, Suite 333,
                 Cherry Hill, NJ 08034-1910
516516431      +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
516690741      +Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2017 22:55:06     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2017 22:55:04     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516478589      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 23 2017 22:55:32
                 Bayview Loan Servicing,    4425 Ponce DeLeon Blvd,   5th Floor,   Coral Gables, FL 33146-1837
516701454      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Mar 23 2017 22:55:15     KeyBank N.A.,
                 4910 Tiedeman Road,    Brooklyn, Ohio 44144-2338
516666422      +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2017 22:58:10     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516560515*     +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj_ecf_notices@buckleymadole.com
              Jill  Manzo    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              Robert   Braverman    on behalf of Debtor William J. Hobson, Jr. robert@bravermanlaw.com
                                                                                             TOTAL: 5