Form 182 – ntchrgpay

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16–30947–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  William J. Hobson Jr.
  6 Autumn Lane
  Burlington, NJ 08016
Social Security No.:
  xxx–xx–9165
Employer's Tax I.D. No.:

## NOTICE OF HEARING FOR FAILURE TO PAY FILING FEE

Please take notice that a hearing for failure to make an installment payment as noted below

will be held on:         May 9, 2017         02:00 PM

at: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

The amount of the unpaid filing fee is:

$31.00 AMENDMENT FILING FEE DUE IMMEDIATELY.

If the balance of the filing fee in the amount noted above is not paid immediately, your case will be dismissed at the hearing. The Clerk's Office will only accept payment in the form of money order, certified check, attorney check, or electronic payment by efiling attorneys. No personal checks or cash will be accepted.

Dated: April 25, 2017
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-30947-MBK
William J. Hobson, Jr.                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Apr 25, 2017
                             Form ID: 182          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2017.
db             +William J. Hobson, Jr.,   6 Autumn Lane,   Burlington, NJ 08016-2272

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
        Albert  Russo    docs@russotrustee.com
        Denise E. Carlon   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Francesca Ann Arcure   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         nj_ecf_notices@buckleymadole.com
        Jill  Manzo   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
        Robert  Braverman   on behalf of Debtor William J. Hobson, Jr. robert@bravermanlaw.com
                                                                        TOTAL: 5