# KML Law Group, P.C.
INCORPORATED IN THE COMMONWEALTH OF PENNSYLVANIA

216 HADDON AVENUE, STE. 406
WESTMONT, NJ 08108
(215) 627-1322
FAX (215) 627-7734
HTTP://WWW.KMLLAWGROUP.COM/

JUNE 7, 2017

Re:  William J. Hobson Jr.
Case No. 16-30947 MBK
Premises:  6 Autumn Lane Burlington, NJ 08016
Secured Creditor:  Bayview Loan Servicing LLC

Dear Judge Kaplan:

Our office represents secured creditor, Bayview Loan Servicing LLC, in relation to the above captioned matter.  Please accept this letter brief in lieu of a more formal opposition to debtor's motion to modify the proof of claim of secured creditor.

Modification documents were sent to the borrower but executed copies were never returned to Bayview as required pursuant to the trial modification documents.  Therefore the modification request was denied.  Accordingly, it would be inappropriate to modify the claim of secured creditor.  Secured creditor respectfully requests that the borrower's motion be denied in its entirety.

Respectfully submitted.

KML Law Group, P.C.

/s/ Brian C. Nicholas
Brian C. Nicholas, Esq.

Enclosure

cc:   Braverman, Robert
Suite 333
1060 North Kings Highway
Cherry Hill, NJ 08034

Albert Russo Esq.
CN 4853
Trenton, NJ 08650-4853