Form 196 – ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−30947−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J. Hobson Jr.
   6 Autumn Lane
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−9165

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

On jULY 26, 2017 a Notice of Chapter 7 Bankruptcy Case was sent out by the Court which contained an administrative error.

This notice hereby amends the notice to correct the following information:

Original incorrect information:
Bankruptcy trustee

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 086504853

Corrected to state:
Bankruptcy trustee

Barry Frost
Barry W. Frost, Chapter 7 Trustee
3131 Princeton Pike
Suite 110
Building 5
Lawrenceville, NJ 08648

The amendment of this notice does not affect deadlines that have been previously set.

Dated: July 27, 2017
JAN: mrg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-30947-MBK
William J. Hobson, Jr.                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jul 27, 2017
                              Form ID: 196             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.
```
db          +William J. Hobson, Jr.,    6 Autumn Lane,    Burlington, NJ 08016-2272
cr          +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    P. O. Box 9013,    Addison, TX 75001-9013
516620291    Bayview Loan Servicing, LLC,    M&T Bank,    POB 840,    Buffalo, NY 14240-0840
516529259   +Bayview Loan Servicing, LLC,    1544 Old Alabama Road,    Roswell, GA 30076-2102
516478590    Chase Home Finance LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
516478591   +Fein Such, et als,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
516689539   +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
              Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
516478592   +Law Office of Robert Braverman,    1060 North Kings Highway, Suite 333,
              Cherry Hill, NJ 08034-1910
516516431   +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
              Warren MI 48090-2036
516690741   +Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2017 22:39:55     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2017 22:39:54     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516478589   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 27 2017 22:40:03
              Bayview Loan Servicing,    4425 Ponce DeLeon Blvd,    5th Floor,    Coral Gables, FL 33146-1837
516701454   +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jul 27 2017 22:40:00     KeyBank N.A.,
              4910 Tiedeman Road,    Brooklyn, Ohio 44144-2338
516666422   +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2017 22:46:17     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516560515*    +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
              Warren MI 48090-2036
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:
```
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Brian C. Nicholas    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj_ecf_notices@buckleymadole.com
              Jill Manzo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              Robert Braverman    on behalf of Debtor William J. Hobson, Jr. robert@bravermanlaw.com
                                                                                              TOTAL: 6
```