UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  William J. Hobson, Jr.,

Case No.: 16-30947
Chapter: 7
Judge: MBK

**NOTICE OF PROPOSED ABANDONMENT**

On 9/29/17, Barry W. Frost, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on November 6, 2017 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 6 Autum Lane, Burlington, NJ - $275,000

Liens on property: $272,000

Amount of equity claimed as exempt: $3000

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost
Address: 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648
Telephone No.: 609-890-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
William J. Hobson, Jr.
    Debtor

Case No. 16-30947-MBK
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 29, 2017
                    Form ID: pdf905     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2017.

```
db          +William J. Hobson, Jr.,    6 Autumn Lane,    Burlington, NJ 08016-2272
cr          +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    P. O. Box 9013,    Addison, TX 75001-9013
516620291    Bayview Loan Servicing, LLC,    M&T Bank,    POB 840,    Buffalo, NY 14240-0840
516529259   +Bayview Loan Servicing, LLC,    1544 Old Alabama Road,    Roswell, GA 30076-2102
516478590    Chase Home Finance LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
516478591   +Fein Such, et als,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
516689539   +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
              Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
516478592   +Law Office of Robert Braverman,    1060 North Kings Highway, Suite 333,
              Cherry Hill, NJ 08034-1910
517072208    Theresa Hobson,    403 W. Spring Street,    Palmyra, NJ 08065
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 29 2017 23:25:52     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 29 2017 23:25:50     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516478589   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 29 2017 23:26:30
              Bayview Loan Servicing,    4425 Ponce DeLeon Blvd,    5th Floor,    Coral Gables, FL 33146-1837
516701454   +E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 29 2017 23:26:13     KeyBank N.A.,
              4910 Tiedeman Road,    Brooklyn, Ohio 44144-2338
517072209   +E-mail/Text: bankruptcydpt@mcmcg.com Sep 29 2017 23:25:49     Midland Credit Management,
              Agent for Asset Acceptance, LLC,    PO Box 2036,    Warren, MI 48090-2036
516516431   +E-mail/Text: bankruptcydpt@mcmcg.com Sep 29 2017 23:25:49
              Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
              Warren MI 48090-2036
516690741   +E-mail/Text: bankruptcydpt@mcmcg.com Sep 29 2017 23:25:49     Midland Funding LLC,
              PO Box 2011,    Warren MI 48090-2011
516666422   +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2017 23:22:16     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516560515*   +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
              Warren MI 48090-2036
517072210*   +Midland Funding, LLC,    PO Box 2011,    Warren, MI 48090-2011
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2017 at the address(es) listed below:

```
          Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
          Brian C. Nicholas    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           nj_ecf_notices@buckleymadole.com
          Jill Manzo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
          Robert Braverman    on behalf of Debtor William J. Hobson, Jr. robert@bravermanlaw.com
                                                                                              TOTAL: 6
```