**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William J. Hobson Jr. | Social Security number or ITIN   xxx–xx–9165 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–30947–MBK | |

# Order of Discharge                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William J. Hobson Jr.

12/8/17                                                         **By the court:**   Michael B. Kaplan
                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                       Case No. 16-30947-MBK
William J. Hobson, Jr.                                       Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Dec 08, 2017
                              Form ID: 318             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2017.
db             +William J. Hobson, Jr.,    6 Autumn Lane,    Burlington, NJ 08016-2272
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,     P. O. Box 9013,    Addison, TX 75001-9013
516620291       Bayview Loan Servicing, LLC,     M&T Bank,   POB 840,    Buffalo, NY 14240-0840
516529259      +Bayview Loan Servicing, LLC,     1544 Old Alabama Road,    Roswell, GA 30076-2102
516478590       Chase Home Finance LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
516478591      +Fein Such, et als,    7 Century Drive, Suite 201,     Parsippany, NJ 07054-4673
516689539      +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
516478592      +Law Office of Robert Braverman,     1060 North Kings Highway, Suite 333,
                 Cherry Hill, NJ 08034-1910
517072208       Theresa Hobson,    403 W. Spring Street,    Palmyra, NJ 08065

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 08 2017 22:35:17     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 08 2017 22:35:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516478589      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 08 2017 22:35:42
                 Bayview Loan Servicing,    4425 Ponce DeLeon Blvd,    5th Floor,    Coral Gables, FL 33146-1837
517207770      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Dec 08 2017 22:35:26      Key Bank, NA,
                 4910 Tiedeman Road,    Cleveland, Ohio 44144-2338
516701454      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Dec 08 2017 22:35:26      KeyBank N.A.,
                 4910 Tiedeman Road,    Brooklyn, Ohio 44144-2338
517072209      +EDI: MID8.COM Dec 08 2017 22:23:00      Midland Credit Management,
                 Agent for Asset Acceptance, LLC,    PO Box 2036,    Warren, MI 48090-2036
516516431      +EDI: MID8.COM Dec 08 2017 22:23:00      Midland Credit Management, Inc. as agent for,
                 Asset Acceptance LLC,    Po Box 2036,    Warren MI 48090-2036
516690741      +EDI: MID8.COM Dec 08 2017 22:23:00      Midland Funding LLC,    PO Box 2011,
                 Warren MI 48090-2011
516666422      +EDI: RMSC.COM Dec 08 2017 22:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516560515*     +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
517072210*     +Midland Funding, LLC,    PO Box 2011,    Warren, MI 48090-2011
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2017 at the address(es) listed below:
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Brian C. Nicholas    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj_ecf_notices@buckleymadole.com,    NJ_ECF_Notices@McCalla.com
              Jill Manzo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 08, 2017
                              Form ID: 318             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Robert  Braverman    on behalf of Debtor William J. Hobson, Jr. robert@bravermanlaw.com
        Sherri J. Braunstein    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

                                                                                                                TOTAL: 7